12-05907 / 11-12588  
Vmark Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 26 | Pending | Vmark, Inc. (11-12588) | $2,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 26 | Pending | Vmark, Inc. (11-12588) | $2,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 155 | Allowed | Vmark, Inc. (11-12588) | Not less than $474,320.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 232 | Disallowed | Vmark, Inc. (11-12588) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 232 | Disallowed | Vmark, Inc. (11-12588) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 232 | Disallowed | Vmark, Inc. (11-12588) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 348 | Disallowed | Vmark, Inc. (12-05907) | $ unliquidated | Guaranty dated March 18, 2011 | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 359 | Pending | Vmark, Inc. (11-12588) | $980,000.00 | Pledge of Vmark Shares | 3/8/2012 | Unsecured | Rajiv Parthasarathy 33 Karpagambal Nagar, Mylapore, Chennai, Tamil Nadu 600004 India |
| 359 | Pending | Vmark, Inc. (11-12588) | $980,000.00 | Pledge of Vmark Shares | 3/8/2012 | Secured | Rajiv Parthasarathy 33 Karpagambal Nagar, Mylapore, Chennai, Tamil Nadu 600004 India |
| 388 | Pending | Vmark, Inc. (12-05907) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 397 | Disallowed | Vmark, Inc. (12-05907) | $ See Attached | Guaranty | 3/9/2012 | Unsecured | Wells Fargo Equipment Finance c/o Jeffrey A. Chadwick, McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601 |
| 407 | Withdrawn | Vmark, Inc. (11-12588) | $1,650,000.00 | Money Loaned. See Ex. A and Ex. B hereto. | 3/9/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 407 | Withdrawn | Vmark, Inc. (11-12588) | $0.00 | Money Loaned. See Ex. A and Ex. B hereto. | 3/9/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 407 | Withdrawn | Vmark, Inc. (11-12588) | $1,650,000.00 | Money Loaned. See Ex. A and Ex. B hereto. | 3/9/2012 | Secured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 412 | Disallowed | Vmark, Inc. (12-05907) | $ unliquidated | Guaranty dated May 26, 2011 | 3/9/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 430 | Pending | Vmark, Inc. (12-05907) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 430 | Pending | Vmark, Inc. (12-05907) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 447 | Withdrawn | Vmark, Inc. (12-05907) | $32,400.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 453 | Pending | Vmark, Inc. (12-05907) | $1,650,000.00* | Money loaned | 3/10/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 453 | Pending | Vmark, Inc. (12-05907) | 0 | Money loaned | 3/10/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 453 | Pending | Vmark, Inc. (12-05907) | $1,650,000.00 | Money loaned | 3/10/2012 | Secured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 471 | Disallowed | Vmark, Inc. (11-12588) | $16,482.24 | taxes | 5/3/2012 | Unsecured | State of Delaware, Division of Corportations 401 Federal Street, Ste 4, Dover, DE 19901 |
| 471 | Disallowed | Vmark, Inc. (11-12588) | $16,482.24 | taxes | 5/3/2012 | Unsecured Priority | State of Delaware, Division of Corportations 401 Federal Street, Ste 4, Dover, DE 19901 |
| 505 | Withdrawn | Vmark, Inc. (12-05907) | $6,539.12 | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 505 | Withdrawn | Vmark, Inc. (12-05907) | $5,945.32 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 506 | Withdrawn | Vmark, Inc. (12-05907) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 527 | Disallowed | Vmark, Inc. (12-05907) | $200,000.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 527 | Disallowed | Vmark, Inc. (12-05907) | $200,000.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured Priority | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 527 | Disallowed | Vmark, Inc. (12-05907) | $200,000.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured Priority | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| AC26-1 | Allowed | Vmark, Inc. (11-12588) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |